George GUTHRIE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28864.

Court of Criminal Appeals of Texas.

March 6, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is transporting whisky in a dry area; the punishment, 60 days in jail.

It appears from the transcript that appellant has been enlarged upon a recognizance on appeal which omits to state the amount in which he and his sureties are bound.

In the absence of a bond or recognizance on appeal in substantial compliance with the provisions of Arts. 830 and 831, C.C.P., this Court is without jurisdiction to enter any order other than a dismissal of the appeal.

The appeal is dismissed.